FILED - USDC -NH
2025 MAY 7 AM10:11

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# Bruce Alan Perreault

Plaintiff(s)

v.

Case No. 25-cv-171-JL-TSM

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS)

Defendant(s)

## MOTION TO/FOR WRIT OF MANDAMUS

(enter title of motion)

1. To grant this Writ of Mandamus;
2. Allow my wife Joyce Kusi to be permitted to come home to her husband Bruce Alan Perreault (Bruce A. Perreault);
3. To grant my Writ of Mandamus and for further relief you deem just.

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: May 7th, 2025

Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☑ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

I have attached a signed statement to the Judge of the Federal Court.

USDCNH-101 (Rev. 12/1/21)

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☒ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☐ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF): Joyce Kusi

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: May 7th, 2025

Signature: _Bruce A. Perreault_

Name: Bruce A. Perreault

Address: 1072 NH Route 118
Dorchester, N.H. 03266

Phone:

Email: