UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Bruce Alan Perreault

v.                                          Case No. 25-cr-171-JL-TSM

US Citizenship and
Immigration Services

ORDER

The court issued an order on October 24, 2025, approving the Report and Recommendation by Magistrate Judge Talesha L. Saint-Marc (Doc. no. 26), and issued the judgment on the same date. The October 24 order mistakenly stated that no objection was filed. For that reason, the October 24 order is vacated and the judgment on that order is also vacated.

After due consideration of the objection filed on October 16, 2025 (Doc. no. 27), I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 24, 2025. The clerk's office shall close the case.

Joseph N. Laplante
United States District Judge

Date: October 30, 2025

cc:  Bruce Alan Perreault, pro se
     Anna Dronzek, AUSA